

DOZA *v.* UNITED STATES; RAMOS-LOPEZ *v.* UNITED STATES; RODRIGUEZ-BURGARA *v.* UNITED STATES; and SUAZO-VALDOVINOS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–8190. BROWN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 01–8194. JIMENEZ-LOPEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–8195. LAZO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–8196. LOPEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 01–8197. MAYNIE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 01–8199. SCHILD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 01–8200. ZAMORA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 01–8202. DOUGLAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 01–8205. SHERRER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 01–8206. SANDOVAL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 01–8207. MILES ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 01–8209. TARIN-MORALES, AKA GARDEA-TARIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 01–8212. SALAM *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 01–8213. SENE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.